UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                               **DECISION AND ORDER**
     v.                                             20-CR-100-A

RONALD L. MORRIS,

                      Defendant.

_____

      Defendant Ronald L. Morris, is charged in a 17-count Superseding Indictment (Dkt. No. 123) with multiple offenses arising from a series of bank robberies in 2019.[1] The case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.

      On April 12, 2022, the Magistrate Judge filed a Report, Recommendation and Order ("RR&O") (Dkt. No. 213) that recommends that Defendant's motion to suppress and motion to dismiss (Dkt. No. 166) be denied, Defendant's non-dispositive motions (Dkt. No. 166) be denied, and the Government's cross-motion for reciprocal discovery (Dkt. No. 171) be granted.[2] No objections to the RR&O were filed, and the RR&O was therefore deemed submitted. Because there were no objections to the RR&O, the Court reviews the RR&O on clear error review.

---

[1] Defendant is charged in all 17 counts of the Superseding Indictment.

[2] As noted in the RR&O (Dkt. No. 213, p. 1 n.2), Defendant filed an earlier omnibus motion (Dkt. No. 48) directed to the Indictment, but that motion was mooted by his subsequent omnibus pretrial motion (Dkt. No. 166) that is directed to the Superseding Indictment.

The Court adopts the reasoning of the Magistrate Judge and deems no further discussion necessary.

Upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the RR&O, it is

**ORDERED** that Defendant's motions to suppress and dismiss (Dkt. No. 166) are denied, Defendant's non-dispositive motions (Dkt. No. 166) are denied, and the Government's cross-motion for reciprocal discovery (Dkt. No. 171) is granted; and it is further

**ORDERED** that the remaining Defendants in this case, Ronald L. Morris and Myron McCollum, are to appear before the Court on May 26, 2022 at 10:00 AM for a status conference to set a date for trial or plea. The status conference will be held in person and in the Courtroom.

**IT IS SO ORDERED.**

                                         _s/Richard J. Arcara_
                                         HONORABLE RICHARD J. ARCARA
                                         UNITED STATES DISTRICT COURT

Dated:   May 24, 2022